IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAC COURTE OREILLES BAND OF
LAKE SUPERIOR CHIPPEWA
INDIANS OF WISCONSIN, *et al.*,
                Plaintiffs,

v.                                          Case No. 18-CV-992-JDP

TONY EVERS, GOVERNOR OF THE
STATE OF WISCONSIN, *et al.*,
                Defendants.

---

## AMENDED
## NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT
_____

PLEASE TAKE NOTICE that Defendants, Town of Bass Lake, Town of Hayward, Town of Sanborn, Town of Ashland, Town of White River, Town of Gingles, Scott Zillmer, William Metzinger, Michael Schnautz, Claude Riglemon, and Associated Appraisal Consultants, Inc., hereafter "the Towns and Assessors," by their legal counsel, MUNICIPAL LAW & LITIGATION GROUP, S.C., hereby move the Court for an Order granting their Motion for Summary Judgment.

This Motion is made pursuant to Fed. R. Civ. P. 56 and is brought upon the ground that the Court has jurisdiction to adjudicate the issues and controversy in this action. This Motion is based on the pleadings and papers on file, the accompanying Brief and Facts in Support, and the Affidavits attached, and exhibits attached thereto.

This Amended Notice is provided to clarify that the Towns and Assessors withdraw that portion of their prior Notice of Motion in which it was stated that the

Motion was brought upon the ground that the Plaintiffs cannot substantiate the claims as a matter of law.  The Towns and Assessors' Motion continues to be brought upon the ground that the Court has jurisdiction to adjudicate the issues and controversy in this action.  This Amended Notice does not otherwise alter the Towns and Assessors' positions in the Motion as support by the pleadings and papers on file, the accompanying Brief and Facts in Support, and the Affidavits attached, and exhibits attached thereto.

     Dated this 3rd day of December 2019.

          MUNICIPAL LAW & LITIGATION GROUP, S.C.
          Attorneys for Town of Bass Lake, Town of Hayward, Town of Sanborn, Town of Ashland, Town of White River, Town of Gingles, Scott Zillmer, William Metzinger, Michael Schnautz, Claude Riglemon, and Associated Appraisal Consultants, Inc.

          By:     s/ REMZY D. BITAR
                    REMZY D. BITAR
                    State Bar No. 1038340
                    R. VALJON ANDERSON
                    State Bar No. 1003893
                    SAMANTHA R. SCHMID
                    State Bar No. 1096315

730 North Grand Avenue
Waukesha, WI 53186
T: (262) 548-1340
F: (262) 548-9211
E: vanderson@ammr.net
    rbitar@ammr.net
    sschmid@ammr.net