# IN UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

LAC COURTE OREILLES BAND OF
LAKE SUPERIOR CHIPPEWA INDIANS
OF WISCONSIN, LAC DU FLAMBEAU
BAND OF LAKE SUPERIOR CHIPPEWA
INDIANS OF THE LAC DU FLAMBEAU
RESERVATION OF WISCONSIN, RED
CLIFF BAND OF LAKE SUPERIOR
CHIPPEWA INDIANS OF WISCONSIN,
and BAD RIVER BAND OF LAKE
SUPERIOR TRIBE OF CHIPPEWA
INDIANS OF THE BAD RIVER
RESERVATION, WISCONSIN,

Plaintiffs,

v.

Court File No. 18-cv-992-jdp

TONY EVERS, PETER BARCA, TOWN
OF BASS LAKE, TOWN OF HAYWARD,
TOWN OF LAC DU FLAMBEAU,
TOWN OF SANBORN, TOWN OF
RUSSELL, TOWN OF ASHLAND,
TOWN OF WHITE RIVER, TOWN OF
GINGLES, TOWN OF BOULDER
JUNCTION, TOWN OF SHERMAN,
SCOTT ZILLMER, WILLIAM
METZINGER, MICHAEL SCHNAUTZ,
CLAUDE RIGLEMON, ASSOCIATED
APPRAISAL CONSULTANTS, INC.,
PAUL CARLSON, and JENNIE
MARTEN,

Defendants.

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiffs Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin, Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Reservation of Wisconsin, Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin, and Bad River Band of Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order issued by the Honorable James D. Peterson entered on April 9, 2021 (Dkt. No. 245), including all prior interlocutory rulings. A true and correct copy of the Opinion and Order is being filed with this Notice of Appeal. The Plaintiffs have paid the applicable filing fees.

Respectfully submitted this 7th day of May, 2021

*Counsel for all Plaintiffs*  *Counsel for all Plaintiffs*

s/Colette Routel
Colette Routel
Professor of Law
Co-Director, Native American Law &
Sovereignty Institute
Mitchell Hamline School of Law
875 Summit Avenue
St. Paul, MN 55105
Ph: (651) 290-6327
Email: colette.routel@mitchellhamline.edu

Vanya S. Hogen
Andrew Adams III
Peter J. Rademacher
Leah K. Jurss
Amy Kania
Hogen Adams PLLC
1935 W. County Road B2, Suite 460
St. Paul, Minnesota 55113
Ph: (651) 842-9100
Email: vhogen@hogenadams.com
aadams@hogenadams.com
prademacher@hogenadams.com
ljurss@hogenadams.com
akania@hogenadam.com

**Counsel for Plaintiff, Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin**

Kris Goodwill
Dyllan Linehan
Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin
13394 W. Trepania Road
Hayward, WI 54843
Phone: (715) 634-8934
Email: Dyllan.Linehan@lco-nsn.gov
Email: Kris.Goodwill@lco-nsn.gov

**Counsel for Plaintiff, Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin**

David Ujke
Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin
88385 Pike Road
Bayfield, WI 54814
Phone: (715) 779-3725 ext. 30
Email: dujke@redcliff-nsn.gov

**Counsel for Plaintiff, Bad River Band of Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin**

Erick Arnold
Bad River Band of Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin
72662 Maple St.
P.O. Box 39
Ashland, WI 54806
Odanah, WI 54861
Phone: (715) 682-7101
Email: attorney@badriver-nsn.gov

**Counsel for Plaintiff, Bad River Band of Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin**

Howard J. Bichler
Wisconsin Judicare, Inc.
401 5th Street, Suite 200,
P.O. Box 6100
Wausau, WI 54402
Phone: (715) 842-1681 x 325
Email: hbichler@judicare.org